UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

ADMINISTRATOR DONNA MARIE
NEWMAN,

        Plaintiff,

    v.

FRANKLIN COUNTY, OHIO, *et al.*,

        Defendants.

Civil Action 2:20-cv-6459
Judge Edmund A. Sargus, Jr.
Magistrate Judge Chelsey M. Vascura

## ORDER

This matter is before the Court on the parties' Joint Motion to Amend the Case Schedule. (ECF No. 12.) For good cause shown, the Motion is **GRANTED**. The case schedule is amended as follows:

- Primary expert reports shall be served by **January 10, 2022**;
- Rebuttal expert reports shall be served by **March 11, 2022**;
- All discovery shall be completed by **May 27, 2022**;
- Dispositive motions shall be filed by **June 24, 2022**;
- Plaintiff's settlement demand shall be served by **March 25, 2022**;
- Defendants' response to Plaintiff's settlement demand shall be served by **April 15, 2022**; and
- The case will be set for mediation in **May 2022**.

**IT IS SO ORDERED.**

                                                  /s/ *Chelsey M. Vascura*
                                                CHELSEY M. VASCURA
                                                UNITED STATES MAGISTRATE JUDGE